SANFORD P. SHATZ (State Bar No. 127229)
sps@severson.com
GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JS-6

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BANK OF AMERICA, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Bank, N.A.) and U.S. BANK NATIONAL ASSOCIATION, as trustee, for the benefit of Harborview 2005-16 Trust Fund

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALAN BARON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HARBORVIEW 2005 16 TRUST FUND; and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-CV-08850 JFW (VBKx)<br>Hon. John F. Walter<br>Ctrm. 16<br>Magistrate Judge Victor B. Kenton<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Action Filed:　October 26, 2011<br>FAC Filed:　　December 6, 2011<br>Trial:　　　　October 2, 2012 |

70000.0404/2301624.1

STIPULATION OF DISMISSAL

1  Upon review of the Stipulation of Dismissal between Plaintiff ALAN
2  BARON, and Defendants BANK OF AMERICA, N.A., successor by merger to
3  BAC Home Loans Servicing, LP (erroneously sued as BANK OF AMERICA, N.A.,
4  as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Bank,
5  N.A.,) and U.S. BANK NATIONAL ASSOCIATION, as trustee, for the benefit of
6  Harborview 2005-16 Trust Fund, by and Through their counsel of record, and good
7  cause appearing, the Court GRANTS the Stipulation and hereby DISMISSES THE
8  ACTION IN ITS ENTIRETY WITH PREJUDICE pursuant to FRCP 41(a)(1).
9  **IT IS SO ORDERED.**

11  DATED: August 7, 2012    By: _____
12                               UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On August 3, 2012, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Gordon F. Dickson, Esq.<br>Deborah P. Gutierrez, Esq.<br>Hazel S. Chu, Esq.<br>Prosper Law Group, LLP<br>6100 Center Drive, Suite 1050<br>Los Angeles, CA 90045 | Attorneys for Plaintiff<br>Alan Baron<br><br>Telephone: (310) 893-6200<br>Facsimile: (310) 988-2930<br>deborah@prosperlaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2012, at Irvine, California.

_____
Terri A. Keller

70000.0404/2301624.1